FILED

2006 DEC -6  AM 11: 12

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0673 MHP |
| ) | |
| Plaintiff, ) | **ORDER FILING UNDER SEAL** |
| ) | |
| v. ) | |
| ) | |
| JOAN STRIPLING, ) | |
| ) | |
| Defendant. ) | |

For good cause shown, the Declaration of AFPD Steven Kalar in support of his motion for filing under seal, and the materials referenced in that declaration and motion, shall be filed under seal.

Dated 12/08/06

MARILYN HALL PATEL
United States District Judge

*Stripling*, CR 06-0673 MHP
ORD. FILING UNDER SEAL

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA

        Plaintiff,

v.

JOAN STRIPLING

        Defendant.

Case Number: CR 06-0673 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 6, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Kalar
Federal Public Defender's Office
450 Golden Gate Avenue
19th floor
San Francisco, CA 94102

Tracie L. Brown
U.S. Attorney's Office
450 Golden Gate Ave. 10th Fl.
San Francisco, CA 94102

Dated: December 6, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk